## 53788. HAIRSTON v. THE STATE.

BELL, Chief Judge.

The defendant was convicted of burglary and aggravated assault on a police officer. *Held:*

1. The court charged the jury: "The defendant's plea of not guilty is no evidence of his innocence." On appeal defendant states that this charge "caused a shifting of the burden of the proof upon appellant . . ." and thereby violated due process. The charge is a correct statement of law and cannot be construed as being an impermissible burden shifting charge.

2. The evidence authorized the convictions of the offenses charged in the indictment.

*Judgment affirmed. McMurray and Smith, JJ., concur.*

SUBMITTED APRIL 5, 1977 — DECIDED MAY 6, 1977.

*Garland, Nuckolls, Kadish, Cook & Weisensee, Frank Joseph Petrella,* for appellant.

*Bryant Huff, District Attorney, Dawson Jackson, William P. Rowe, III, Assistant District Attorneys,* for appellee.